AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | | |
|---|---|---|
| United States of America<br>v.<br><br>STEVEN AL-JAY HINDS a/k/a STEVEN ANDRE WRIGHT<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br><br>26-MJ-4077 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of          June 23, 2026          in the county of          Monroe          in the
     Western     District of     NY, and elsewhere    , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326(a) and (b)(2) | Re-entry of a Previously Removed Alien Whose Removal was Subsequent to being Convicted of an Aggravated Felony |

This criminal complaint is based on these facts:

See the attached affidavit of Mitchell R. Cayea, Deportation Officer (DO), United States Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), which is incorporated herein by reference

❐ Continued on the attached sheet.

MITCHELL R CAYEA         Digitally signed by MITCHELL R CAYEA
                                              Date: 2026.07.06 10:23:29 -04'00'
_____
*Complainant's signature*

Mitchell R. Cayea, DO, ICE ERO
_____
*Printed name and title*

submitted electronically in .pdf format. Oath administered, and contents and signature attested to me as true and accurate telephonically pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3).

Date:   July 6, 2026
_____
*Judge's signature*

City and state:          Rochester, New York                    Hon. Colleen D. Holland, US Magistrate Judge
                                                                                      *Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

STATE OF NEW YORK    )
COUNTY OF MONROE    )        ss.:
CITY OF ROCHESTER    )

Mitchell R. Cayea, being duly sworn, deposes and says that:

1.       I am a Deportation Officer with the United States Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) in Batavia, New York. I have been employed with the ICE ERO for nine months.

2.       As part of my duties during my employment with the ICE ERO, I have investigated violations of the Immigration and Nationality Act and violations of the United States Code, particularly Title 8, United States Code, Section 1326 (Re-entry of Removed Aliens).

3.       The information contained in this affidavit is based upon my personal knowledge and observations, my training and experience, conversations with other law enforcement officers and witnesses, and my review of documents, reports, and records gathered through the investigation of this case.

4.       I make this affidavit in support of a criminal complaint charging STEVEN AL-JAY HINDS a/k/a STEVEN ANDRE WRIGHT (hereinafter "HINDS") with a violation of Title 8, United States Code, Section 1326(a) and (b)(2) (Re-entry of a Previously Removed Alien Whose Removal was Subsequent to being Convicted of an Aggravated Felony).

5.       Since this affidavit is being submitted for the limited purpose of seeking a criminal complaint, I have not included every fact known to me concerning this investigation.

1

I have set forth only the facts that I believe are necessary to establish probable cause to demonstrate that HINDS violated Title 8, United States Code, Section 1326(a) and (b)(2).

## PROBABLE CAUSE

6.      On or about June 23, 2026, at approximately 10:00 a.m., ICE ERO Buffalo was conducting surveillance on a target address pursuant to a tip that was received by the ICE tip line. The tip claimed that HINDS, an alien that had been previously removed from the United States, was living at the target address.

7.      Deportation Officers (DO) saw a subject matching HINDS' physical description exit the target address, enter a vehicle, and depart.  DOs then performed a vehicle stop, detained the male subject, conducted record checks, and identified the subject as HINDS, an alien that had been previously removed from the United States.

8.      The DOs placed HINDS under arrest and transported him back to the ICE ERO Batavia Sub-Office for further record checks and processing.

9.      At the office, DOs took HINDS' fingerprints and electronically submitted them to an immigration database.

10.     Further record checks and discovery of a New York State driver's license revealed that HINDS had used the alias of STEVEN ANDRE WRIGHT.

11.     A query of immigration and criminal databases associated with HINDS' fingerprints revealed the following facts:

2

a.  HINDS is a citizen of Jamacia and has no current legal status in the United States.

b.  On or about July 22, 2011, HINDS entered the United States as a temporary non-immigrant visitor (B-2 Visa) at Atlanta, GA.

c.  On or about July 18, 2019, HINDS was arrested by the United States Border Patrol (USBP) in Port Clinton, Ohio. HINDS was subsequently charged with violating Title 8, United States Code, Section 1229(a) (Alien removal under section 212/237) and Section 237(a)(1)(B) of the Immigration and Nationality Act (Present in US in Violation of Law).  HINDS was issued a Notice to Appear (DHS Form I-861) before an immigration judge in Clevland, Ohio.

d.  On or about September 17, 2020, HINDS was convicted of violating Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) (Possession with Intent to Distribute a Controlled Substance) in the Northern District of Ohio.

e.  On or about September 17, 2020, HINDS was convicted of violating Title 18, United States Code, Section 922 (g)(5) (Possession of a Firearm by an Alien Illegally in the United States) in the Northern District of Ohio.

f.  On or about April 16, 2023, HINDS was encountered by ICE ERO Louisville, Kentucky after notification from the Bureau of Prisons in Ashland, Kentucky notified ICE ERO of his pending release from custody.

g.  On or about April 16, 2023, HINDS was administratively ordered removed.

h.  On or about June 29, 2023, HINDS was deported.

3

12.    There is no evidence that HINDS applied for or obtained any authorization or approval from either the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-enter the United States after his last removal.

**CONCLUSION**

13.    Accordingly, I respectfully submit that probable cause exists to believe that HINDS violated Title 8, United States Code, Section 1326(a) and (b)(2).

MITCHELL R CAYEA
Digitally signed by MITCHELL R CAYEA
Date: 2026.07.06 10:29:47 -04'00'

Mitchell R. Cayea
Deportation Officer
U.S. Immigration and Customs Enforcement

Affidavit submitted electronically in .pdf format. Oath administered and contents and signature attested to me as true and accurate telephonically pursuant to Fed. R. Crim. P. 4.1 and 4(d) on this __6th__ day of July, 2026.

HON. COLLEEN D. HOLLAND
UNITED STATES MAGISTRATE JUDGE